U.S. DISTRICT COURT

## United States District Court
## District of New Hampshire 2012 JUL 27 P 3:02

Fred Runyon
_____
Plaintiff

v.
Detective: Lee
(Official Capacity)
_____
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
( ) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND

## *COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983*

I.    Parties

A. Please provide the following information for each plaintiff:

1. Name ____Runyon____          ____Fred____          _____
              (Last)                          (First)                     (Initial)

2. Place of Detention _Hillsborough County Dept. of Corrections_

3. Institutional Address _445 Willow Street_

_____Manchester, New Hampshire  03103_____

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

☑ Pretrial Detention Order
☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed __2-24-12__

B. Please provide the full name. current title and address known for each defendant:

1. Name _____ Lee _____
        (Last)                    (First)            (Initial)

2. Title __Detective__

3. Address __IIIZ Main Street__

       __Nashua, New Hampshire 03060__

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.    Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity. the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: __Color of Law__

Supporting *Facts*: Feb, 24, 2012, Det. Lee would come to My cell and Handcuff Me from behind to take Me to the second floor to a room to talk to Me alone. Det. Lee would get Me in the Hallway and Assault Me and what I Mean is that he would hit Me in My lower back and punch Me in My Ribbs and when I fall to the floor Det. Lee would take his foot and put in on My head and force My Head into the floor and he would do it Repeatly over and over again.
    When Det. Lee got Me to the room. Det. Lee force Me and threaten Me by Choking Me to sign My Miranda Rights Illegally.

Allegation 2: 8th Admendment

Supporting *Facts:* Cruel and Unsual Ponishment, By Detective Lee who willingly and Knowingly Did Inflict Personal Injury upon My Ribbs and upon My Head. This Unlawful Act was Intenticnly Did by a Nashua, New Hampshire Police Detective in Direct Violation of My 8th Admendment of the U.S. Constitution.

Allegation 3: 14th Admendment

Supporting Facts: Equal Protection of the Law was willingly and Knowingly Violated by City of Nashua, New Hampshire Police Detective: Lee, Whom Have Not Any Remorse of My Health And Well Being. My 14th Admendment Of the U.S. Constitution is Violated By A State Agent.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.   Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

$300,000.ºº‰ Compensation
$400,000. ºº‰ Puntive Damages

Date: 7-24-12

Ered Kuwau
Signature of Plaintiff

State of New Hampshire     ]
                                ]   ss
County of **Hillsborough**     ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20 **12**..

_____
Notary Public/Justice of the Peace

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

_7-24-12_____
DATE

_____Fred Runyon_____
SIGNATURE

## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)   NO (__)
**(check one only)**

Date: _7-24-12_

_____Fred Runyon_____
Signature of Plaintiff

U.S. DISTRICT COURT

# United States District Court
# District of New Hampshire

2012 JUL 27 P 3: 22

Fred Runyon
_____
Plaintiff

v.

Detective: Leg
(official Capacity)
_____
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(___) DEMAND FOR JURY TRIAL
(___) NO JURY TRIAL DEMAND

## *COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983*

I.   Parties

A.  Please provide the following information for each plaintiff:

1. Name _____Runyon_____Fred_____
            (Last)                    (First)              (Initial)

2. Place of Detention _Hillsborough County Dept. of Corrections_____

3. Institutional Address __445 Willow Street_____

                    _____Manchester, New Hampshire  03103_____

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

    ☑ Pretrial Detention Order
    ☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed __2-24-12_____

B. Please provide the full name, current title and address known for each defendant:

1. Name _____ Lee _____

           (Last)                  (First)            (Initial)

2. Title  Detective _____

3. Address  142 Main St. Nashua, N.H. 03060 _____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.    Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: _Color of Law_ _____

Supporting *Facts*: FEB 24, 2012 while Living at the County Barn Motel, Broad Street, Nashua, New Hampshire. The Nashua Police Department was Called Due to a Distubance at the Motel. I was Searched and Handcuff from Behind and Placed In the rear seat of a Nashua Police Cruser. Detective Lee Did Take and deliberate Rammed my Head into wire engaged area that seperate the Prisoner from Police offuer. I was Transperted to Nashua Police Station and again I was Deliberate pushed into a Door and I was repeatly pushed into a Door that was repeatly slammed into my ribs.

Allegation 2: 8th Admendment

Supporting *Facts:* Cruel AND Unsual Punishment, By DETECTIVE Lee Litto Willingly AND Knowingly DID Inflict Personal Injury upon My Ribs AND upon My Head. This Unlawful Act was Intentionly DID By A Nashua New Hampshire, Police DETECTIVE In Direct Violation of My 8th Admentment of the U.S. Constitution,

Allegation 3: 14th Admendment

Supporting Facts: Equal Protection of the Waln Was Willingly AND Knowingly Violatid By Color of Nothing New Hampshire, Police DELECTIVE: Lee, Whom Have Not Any Remorse of My Health AND Well Being. My 14th Admendment of The U.S. Constition Is Violated By A State Agent.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III. Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

$ 300,000 ⁰⁰/₀₀ Compensation
$ 400,000 ⁰⁰/₀₀ Punitive Damages

Date: 7-24-12

Ered Runyer
Signature of Plaintiff

State of New Hampshire          ]
                                ]          ss
County of Hillsborough          ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20 12.

_____
Notary Public/Justice of the Peace

## O R

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

7-24-12                                    Fred Runyon
DATE                                       SIGNATURE

## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES ( ✓ )     NO ( )
(check one only)

Date: 7-24-12                              Fred Runyon
                                           Signature of Plaintiff

USDCNH-11 (Rev. 6/07)(previous editions obsolete)          Page 6

U.S. DISTRICT COURT

United States District Court
District of New Hampshire

2012 JUL 27  P 3: 22

_____Fred Runyon_____
                Plaintiff

v.

Officer: McGuire
( official Capacity )
            Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(__) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND

## *COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983*

I.  Parties

A. Please provide the following information for each plaintiff:

1. Name _____Runyon_____ ____Fred_____ _____
              (Last)                    (First)              (Initial)

2. Place of Detention _Hillsborough County Dept. of Corrections_____

3. Institutional Address _445 Willow St.  Manchester, N.H. 03103_____

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

☑ Pretrial Detention Order
☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed __3- 2- 24-12__

B. Please provide the full name, current title and address known for each defendant:

1. Name _____ McGuire _____

          (Last)                        (First)            (Initial)

2. Title ___ Officer _____

3. Address ___ 142 Main St. _____

           Nashua, N.H. 03060 _____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.    Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: ___ Color of Law _____

Supporting *Facts*: Feb. 24, 2012, while living at the Country Barn Motel, Broad Street, Nashua, New Hampshire. The Nashua Police Department was called Due to a Distrubance at the Motel. I was searched and Handcuff from Behind and Placed in the rear seat of a Nashua Police Cruiser. Officer McGuire did take and Deliberate Rammed My Head into wire engaged area that seperate the Prisoner from Police Officer. I was Transported to Nashua Police Station and again I was Deliberate pushed into a door and I was repeatly pushed into a door that was repeatly Slammed into My Ribbs.

Allegation 2: __8ᵗʰ Admendment__

Supporting *Facts:* Cruel and Unsual Punishment, By Officer McGuire who willingly and knowingly did inflict Personal Injury upon My Ribbs and Upon My Head. This unlawful Act was intentionly Did by a Nashua, New Hampshire, Police Officer in Direct Violation of My 8ᵗʰ Admendment of the U.S. Constitution.

Allegation 3: __14ᵗʰ Admendment__

Supporting Facts: Equal Protection of the Law was willingly and Knowingly Violated by City of Nashua, New Hampshire, Police Officer: McGuire whom have not any Remorse of My Health and well being. My 14ᵗʰ Admendment of the U.S. Constitution is Violated by a State Agent.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.     Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

$300,000.⁰⁰% Compensation
$400,000% Punitve Damages

Date: __7-24-12__                                      Brad Kumper
                                                    Signature of Plaintiff

State of New Hampshire        ]
                              ]    ss
County of Hillsborough        ]

_____, being first duly sworn, upon oath, presents that (s)he has read
and subscribed to the foregoing complaint, and states that the information contained therein is true and
correct.

Subscribed and sworn before me this _____ day of _____, 20 **12** ..

_____
Notary Public/Justice of the Peace

_____ **O R** _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE
AND CORRECT.

_____7-24-12_____                          _____Fred Runyon_____
       DATE                                          SIGNATURE

## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)   NO (__)
**(check one only)**

Date: __7-24-12__                     _____Fred Runyon_____
                                       Signature of Plaintiff

USDCNH-11 (Rev. 6/07)(previous editions obsolete)                    Page 6

# United States District Court
# District of New Hampshire

U.S. DISTRICT COURT

_____

Fred Runyon
_____
        Plaintiff

                v.

Sgt. John Doe 1
(official Capacity)
_____
        Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)


**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(__) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND


## *COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983*


I.    Parties

A. Please provide the following information for each plaintiff:

1. Name ___Runyon_____Fred_____
              (Last)                    (First)              (Initial)

2. Place of Detention  Hillsborough County Dept. of Corrections

3. Institutional Address  445 Willow Street

_____Manchester, New Hampshire 03103_____

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

            ☑ Pretrial Detention Order
            ☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed __2-24-12_____

B.  Please provide the full name, current title and address known for each defendant:

1. Name _____ Doe 1 _____ John _____
             (Last)                    (First)              (Initial)

2. Title __ Officer Sgt _____

3. Address  142 Main Street _____

        Nashua, New Hampshire 03060 _____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.    Statement of Claim

For each claim, please include the following information on attached sheets:

1.  State which of your federal constitutional or federal statutory rights have been violated.

2.  State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: Color of Law _____

Supporting *Facts:* Feb 27, 2012, Sgt. John Doe 1 came to My cell and handcuff Me from behind to take Me to the front to get Booked. Sgt. John Doe 1 would get Me in the hallway and Assault Me, and what I Mean is that he would hit Me in My Lower Back and punch Me in My Ribb and he would do it repeatly over and over again. Sgt. John Doe 1 would take Me back to My cell and Rammed My Head into the Bars of the cells.

Allegation 2: __8th Admendment__

Supporting *Facts*: Cruel and Unusal Punishment by Sgt. John Doe 1 who willingly and Knowingly did inflict Personal Injury upon My Ribbs and My Head. This Unlawful Act was intentionly did by a Nashua, New Hampshire Police Officer in Direct Violation of My 8th Admendment

Allegation 3: __14th ~~Admen~~ Admendment__

Supporting Facts: Equal Protection of the Law was willingly and Knowingly Violated by City of Nashua, New Hampshire Police Sgt. John Doe 1 whom have not any Remorse of My Health and well being. My 14th Admendment of the U.S. Constitution is Violated by a State Agent.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.   Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

$ 300,000.°⁰/₀₀ Compensation
$ 400,000.°⁰/₀₀ Punitive Damages

Date: __7-24-12__                    __Fred Runyon__
                                      Signature of Plaintiff

State of New Hampshire        ]
                              ]     ss
County of **Hillsborough**    ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20 **12**.

_____
Notary Public/Justice of the Peace

|                                **O R**                                |
| :-------------------------------------------------------------------: |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

**7-24-12**                                    _____
DATE                                                          SIGNATURE

## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES ( ✓ )    NO ( )
**(check one only)**

Date: **7-24-12**                          _____
                                            Signature of Plaintiff

USDCNH-11 (Rev. 6/07)(previous editions obsolete)                    Page 6

# United States District Court
# District of New Hampshire

2012 JUL 27 P 3: 21

Fred Runyon

_____
            Plaintiff

        v.

Booking Officer: John Doe 1
(Official Capacity)
_____
            Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)


**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(__) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND


## _COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983_

I.      Parties

A. Please provide the following information for each plaintiff:

1. Name ____Runyon_____Fred_____
              (Last)              (First)            (Initial)

2. Place of Detention Hillsborough County Dept. of Corrections

3. Institutional Address 445 Willow Street

_____Manchester, New Hampshire 03103_____

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

        ☑ Pretrial Detention Order
        ☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed   2-24-12

B. Please provide the full name, current title and address known for each defendant:

1. Name _____ Doe l _____ John _____
                (Last)                    (First)                    (Initial)

2. Title __Booking Officer_____

3. Address __142 Main Street_____

_____ Nashua, New Hampshire 03060_____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.    Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: __Color of Law_____

Supporting *Facts:* Feb, 27, 2012, Booking Officer: John Doe 1 come to My cell and handcuff Me from behind to take Me to get Booked. Booking Officer John Doe 1 would get Me in the hallway and Assault Me and what I mean is that he would hit Me in My Lower Back and punch Me in My Ribbs and he would do it repeatly over and over again. Booking Officer John Doe 1 would take Me back to My Cell and push Me into the door and slam the door into My Ribbs serval times.

USDCNH-11 (Rev. 6/07)(previous editions obsolete)                    Page 4

Allegation 2: 8th Amendment

Supporting *Facts:* Cruel and Unsual Punishment by Booking Officer : John Doe 1 Who willingly and knowingly did inflict Personal Injury upon My Ribbs and My Head. This Unlawful Act intentionly did by a Nashua, New Hampshire Police Officer in Direct Violation of My 8th Adnendment.

Allegation 3: 14th Amendment

Supporting Facts: Equal Protection of the Law was willinglyand Knowingly Violated by City of Nashua, New Hampshire Police Booking Officer John Doe 1 whom have not any Renorse of My Health and well being. My 14th Adnenduent of the U.S. Constitution is Violated by a State Agent.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.    Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

$300,000. °°/₆₀ Compensation
$400,000. °°/₀₀ Pontive Damages

Date: 7-24-12

Signature of Plaintiff

State of New Hampshire          ]
                                ]      ss
County of **Hillsborough**      ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20 **12**.

_____
Notary Public/Justice of the Peace

---

### O R

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

_____7-24-12_____          _____Brad Runyon_____
         DATE                              SIGNATURE

---

### JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES ( ✓ )   NO ( __ )
**(check one only)**

Date: ___7-24-12___          _____Brad Runyon_____
                             Signature of Plaintiff

# United States District Court
# District of New Hampshire

_____Fred Runyon_____
                    Plaintiff

            v.

_Officer: John Doe 1_
_( Official Capacity)_
                    Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)


**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(__) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND


# *COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983*


I.      Parties

   A. Please provide the following information for each plaintiff:

   1. Name _____Runyon_____          _____Fred_____          _____
              (Last)                   (First)                (Initial)

   2. Place of Detention  Hillsborough County Dept. of Corrections

   3. Institutional Address  445 Willow St.

   _____ Manchester, New Hampshire 03103 _____

   4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

              ☑ Pretrial Detention Order
              ☐ Sentenced Inmate

   5. Date pretrial detention order was issued or sentence imposed  2-24-12

B. Please provide the full name, current title and address known for each defendant:

1. Name _____ Doe _____ John _____
               (Last)                     (First)          (Initial)

2. Title _____ Officer _____

3. Address ____ 142 Main St _____

        _____ Nashua, New Hampshire  03060 _____

(If the complaint is being made against more than one defendant, please attach additional sheets
listing the above information and allegations as follows.)

II.    Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations
alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: _Color of Law_ _____

Supporting *Facts:* Feb. 24, 2012, while living at the Country Barn Motel, Broad Street,
Nashua, New Hampshire. The Nashua Police Department was called Due to a
Disturbance at the Motel. I was searched and Handcuff from Behind and
placed in the rear seat of a Nashua Police Crusier. Officer John Doe did
take and Deliberate Rammed My Head into wire engaged area that
seperate the Prisoner from Police Officer. I was Transported to Nashua
Police Station and again I was Deliberate pushed into a door and I
was repeatly pushed into a door that was repeatly slammed into My Ribbs.

Allegation 2:  8th Admendment

Supporting *Facts*: Cruel and Unsual Punistment, By Officer John Doe who willingly and Knowingly did inflict Personal Injury upon My Ribbs and upon My Head. This Unlawful Act was intentionly did by a Nashua, New Hampshire Police Officer in direct Violation of My 8th Admendment of the U.S. Constitution.

Allegation 3:  14th Admendment

Supporting Facts: Equal Protection of the Law was willingly and Knowingly Violated by City of Nashua, New Hampshire Police Officer John Doe whom have not any Remorse of My Health and well being. My 14th Admendment of the U.S. Constitution is Violated by a State Agent.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.    Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

$300,000.°°/oo Compensation
$400,000.°°/oo Puntive Damages

Date:  1-24-12

Frad Runyen

Signature of Plaintiff

State of New Hampshire    ]
    ]   ss
County of _Hillsborough_    ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20 _12_.

_____
Notary Public/Justice of the Peace

## O R

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

_____7-24-12_____         _Fred Runyon_
DATE                              SIGNATURE

## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES ( ✓ )   NO ( )
**(check one only)**

Date: ___7-24-12___         _Fred Runyon_
                            Signature of Plaintiff

U.S. DISTRICT COURT

# United States District Court
# District of New Hampshire

2012 JUL 27 P 3: 21

Fred Runyon
Plaintiff

v.

Officer: John Doe II
(Official Capacity)
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(__) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND

## *COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983*

I.   Parties

A. Please provide the following information for each plaintiff:

1. Name ____Runyon____ ____Fred____ _____
     (Last)              (First)              (Initial)

2. Place of Detention __Hillsborough County Dept. of Corrections__

3. Institutional Address __445 Willow St.__

     __Manchester, New Hampshire  03103__

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

     ☑ Pretrial Detention Order
     ☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed __2-24-12__

B. Please provide the full name, current title and address known for each defendant:

1. Name _____ Doe  II _____ ____ John _____
                   (Last)                        (First)                    (Initial)

2. Title __Officer_____

3. Address __142 Main Street_____

_____ Nashua, New Hampshire 03060_____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.    Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: __Color of Law_____

Supporting *Facts*: Feb. 24, 2012, while Living at the Country Barn Motel, Broad Street Nashua, New Hampshire. The Nashua Police Department was called Due to a Disturbance at the Motel. I was searched and Handcuff from behind and Placed in the rear seat of a Nashua Police Crusier. Officer John Doe II did take and Deliberate Rammed My Head into wire engaged area that seperate the Prisoner from Police Officer. I was Transported to Nashua Police Station and again I was Deliberate pushed into a door and I was repeatly pushed into a door that was repeatly slammed into My Ribbs.

Allegation 2: 8th Amendment

Supporting *Facts*: Cruel and Unsual Punishment, By Officer John Doe II who willingly and knowingly did inflict Personal Injury upon My Ribbs and upon My Head. This Unlawful Act was intentionly did by a Nashua, New Hampshire Police Officer in direct Violation of My 8th Admendment of the U.S. Constitution

Allegation 3: 14th Admendment

Supporting Facts: Equal Protection of the Law was willingly and knowingly Violated by City of Nashua, New Hampshire Police Officer: John Doe II whom have not any Remorse of My Health and well being. My 14th Admendment of the U.S. Constitution is Violated by a State Agent.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.    Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

$300,000.°/oo Compensation
$400,000.°/oo Punitive Damages

Date: __7-24-12__

_Brad Runyan_
Signature of Plaintiff

State of New Hampshire   ]

  ]   ss

County of **Hillsborough**   ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20 **12**..

_____

Notary Public/Justice of the Peace

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

_____**7-24-12**_____        _____Brad Runyon_____

DATE                                      SIGNATURE

**JURY TRIAL DEMAND**

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)     NO (__)
**(check one only)**

Date: ___**7-24-12**___         _____Brad Runyon_____

                                     Signature of Plaintiff

U.S. DISTRICT COURT

## United States District Court
## District of New Hampshire 2012 JUL 27 P 3:21

Fred Runyon.
_____
Plaintiff

v.

Officer: John Doe III
(Official Capacity)
_____
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(__) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND

## *COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983*

I.   Parties

A. Please provide the following information for each plaintiff:

1. Name _____ Runyon _____ Fred _____ _____
           (Last)                    (First)            (Initial)

2. Place of Detention Hillsborough County Dept of Corrections

3. Institutional Address  445 Willow Street

_____ Manchester, New Hampshire 03103 _____

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

☑ Pretrial Detention Order
☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed  2-24-12

B. Please provide the full name, current title and address known for each defendant:

1. Name _____ Doe III _____ John _____
        (Last)              (First)         (Initial)

2. Title _Officer_____

3. Address _142 Main Street_____

_____Nashua, New Hampshire 03060_____

(If the complaint is being made against more than one defendant, please attach additional sheets
listing the above information and allegations as follows.)

II.   Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations
alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: _Color of Law_____

Supporting *Facts*: Feb. 24, 2012, while Living at the Country Barn Motel, Broad Street,
Nashua, New Hampshire. The Nashua Police Department was called Due to a
Disturbance at the Motel. I was searched and Handcuff from Behind and Placed
in the rear seat of a Nashua Police Crusier. Office John Doe III did take
and Deliberate Rammed My Head into wire engaged area that seperate the
Prisoner from Police Officer. I was transported to Nashua Police Station
and again I was Deliberate pushed into a door and I was repeatly pushed
into a door that was slammed repeatly into My Ribbs.

Allegation 2:  8th Amendment

Supporting *Facts*: Cruel and Unsual Punishment . By Officer John Doe III who willingly and Knowingly did conflict Personal Injury upon My Ribbs and My Head . This Unlawful Act was intentionly did by a Nashua, New Hampshire Police Officer in Direct Violation of My 8th Admendment of the U.S. Constitution.

Allegation 3:  14th Admendment

Supporting Facts: Equal Protection of the Law was willingly and Knowingly Violated by City of Nashua, New Hampshire Police Officer John Doe III whom have not any Remorse of My Health and well being. My 14th Admendment of the U.S. Constitution is Violated by a State Agent.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.    Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

$300,000. 00/100 Compensation
$400,000. 00/100 Puntive Damages

Date:  7-24-12

Cred Runyon
Signature of Plaintiff

State of New Hampshire                    ]
                                          ]          ss
County of _Hillsborough_                  ]


_____, being first duly sworn, upon oath, presents that (s)he has read
and subscribed to the foregoing complaint, and states that the information contained therein is true and
correct.


Subscribed and sworn before me this _____ day of _____, 20 _12_..


                                                    _____
                                                    Notary Public/Justice of the Peace


---

### O R

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE
AND CORRECT.


_____7-24-12_____                          _____Brad Kunyon_____
        DATE                                              SIGNATURE


## JURY TRIAL DEMAND

    I demand a jury trial for all claims for which a jury trial is allowed.

    YES ( ✓ )    NO ( __ )
    (check one only)


Date: ___7-24-12___                        _____Brad Kunyon_____
                                                Signature of Plaintiff


USDCNH-11 (Rev. 6/07)(previous editions obsolete)                    Page 6