```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

Fred Runyon

    v.                                          Civil No. 12-cv-290-PB

Dennis Lee, et al.


**O R D E R**

    Before the court is the complaint, including the addenda thereto, filed by plaintiff, Fred Runyon.  The matter is before the court for preliminary review, pursuant to 28 U.S.C. § 1915A, and United States District Court District of New Hampshire Local Rule ("LR") 4.3(d)(2).

    Also pending before the court are three filings docketed as motions (doc. nos. 29-31).  The court has reviewed those filings and finds that they are properly docketed as addenda to the complaint, filed by Runyon to specify the amount of damages and the type of injunctive relief he is demanding in this action.  The clerk is directed to redocket these filings as addenda to the complaint.

    For reasons stated in the report and recommendation issued this date, the court directs service of process upon Nashua Police Department ("NPD") Officers Dennis Lee, FNU Laroche,

Clark Gaphardt, William Silva, Sgt. Thomas Bolton, with respect to Claims 1-5, as identified in that report and recommendation.

The clerk's office is directed to prepare and issue summonses for the following defendants: NPD Officers Dennis Lee, FNU Laroche, Clark Gaphardt, William Silva, and Sgt. Thomas Bolton, using the Nashua Police Department's address for service: 0 (Zero) Panther Dr., Nashua, NH  03062. The clerk's office shall forward to the United States Marshal for the District of New Hampshire (the "U.S. Marshal's office"): the summonses; the complaint and the addenda thereto (doc. nos. 1, 7-9, 13, 15-22, 27, and 29-31); the report and recommendation issued on this date; and this order. Upon receipt of the necessary documentation, the U.S. Marshal's office shall serve process upon each individual defendant, see Fed. R. Civ. P. 4(c)(3) and 4(e).

Defendants are instructed to answer or otherwise plead within twenty-one days of service. See Fed. R. Civ. P. 12(a)(1)(A).

Runyon is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on

defendants by delivering or mailing the materials to them or their attorney(s), pursuant to Fed. R. Civ. P. 5(b).

    SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

February 14, 2013

cc: Fred Runyon, pro se

LBM:nmd