UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Fred Runyon</u>

    v.                                      Civil No. 12-cv-290-PB

<u>Dennis Lee, et al</u>

**O R D E R**

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 14, 2013.  With the exception of Claims 1-5 asserted against defendant NPD Officers Dennis Lee, Clark Gaphardt, William Silva, FNU Laroche, and Sgt. Thomas Bolton, all other claims and defendants are dismissed. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988));  <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection

to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                            /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

Date: March 8, 2013

cc: Fred Runyon