UNITED STATED DISTRICT COURT
OFFICE OF THE CLECK

FRED RUNYON   PLAINTIFF
   V.
FNN LEE, Nashua Police Detective et,al
   Defendant

No 12-cv-290-PB

FORMAL REQUEST FOR LEAVE OF THE COURT TO AMEND PLAINTIFFS

MOTION FOR APPOINTED ASSISTANCE OF COUNSEL

NOW COMES PRO-SE PLAINTIFF FRED RUNYON with Formal Request that the Court shall grant leave for Pro-Se Plaintiff Fred Runyon to Amend his Formal Request that the Court shall Appoint Appropriate Assistance of Counsel and says.

(1) Defendants Counsel, one Brian J.S. Cullen, has submitted Defendants objection to Plaintiffs Motion for Relief and/or to Amend.

(2) This said Counsel Cullens said objection clearly in and of itself function to Prove that Plaintiff is in desperate need that this Court grant Plaintiffs Formal Request that Appropriate Assistance of Counsel be Appointed.

(3) This where it is clear/certain that without Assstance of Counsel Plaintiff shall in fact and in accordance with Law be deprived of First Amendment Right to <u>Meaningful</u> access to this Court to redress in effort to garmer just and righteous redress See Bounds v. Smith 430 US 817 at 828.

(4) this when Plaintiff is clearly up against a culture that has failed to satisfy the cause of reason and righteousness statute to thissadly festering matter of No New Hampshire POliceman has been Prosecuted for perjury since 1947.

And when,do advise has a New Hampshire presecutor been presecuted for Criminal perpetrating a Fruad in this Court?/ Relative to this to see long festering matter of the Judicially aided and abetted Criminal cover up of this All despositive Brady material answer evidence in this State of New Hampshire.

(5)It is clearly obious,as is, when justly viewed in this matter 42 USC 1983 matter,that Plaintiff is up against it (ït) being obvios and rampant malignant societal Prejudice)with or without Appropriate Assistance of Counsel.

(6)If the Court sanctions,as Counsel Cullen adviosly begs at his here at issuses Objection,recourse that serves in De facto manner to place policeman Lee,et,al above the Law relative to the Severe Battering said policemen Administered to Plaintiff Fred Runyon,what effect is this to be expected to have police and presecutor thinking? This where if Jury Decides Plaintiff justly complains about Defendants Behavior,question necessarily pose as to Why is it Defendants Assualt Behavior is clearly perpetrated Under Color Of Law!?

(7)Is Counsel Cullens Assistance to Defendants funded by Tax Payers?

(8)Mr.Cullens Defense to now appears to be to Attack Pro-Se Plaintiffs alleged failures to comply with process requirements.

(9)Plaintiff reminds it is Compelled by Law that the Court Liberably construe Plaintiffs work that seeks no more than righteously just Redress.

(10)Has not set for the GroundMeans?

(11)This District Court would hold a hearing where Plaintiff would call a witness for purpose to farther appraise this Court regarding need for Appointed Counsel.

Wherefore Pro-Se Plaintiff Fred Runyon Formal Request that the Court shall grant Leave to Amend Formal Request that the Court shall Order the Appointment of Appropriate Assistance of Counsel for Good reason and for cause as is persented at the Body of this Formal Request for said Leave.

*[Signature: Becky A. Harding]*
Notary Public

BECKY A. HARDING, Notary Public
My Commission Expires 2/2/2016

Respectfully Submitted

*[Signature: Fred Runyon]*
Fred Runyon   86769
N.H.S.P   P.O.BOX 14
Concord,N.H.   03302-00

Fred Runyon swears under penalt of perjury that the Facts presented to this Formal Request for leave to Amend are True as Fred Runyon knows truth to be and copy is provided as is indicated.

Respectfully
*[Signature: Fred Runyon]*

Certificate Of Service

I, Do Hereby Certify That All The Information upon This Document is True, Mailed on April 11th, 2013.