UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Fred Runyon

        v.                                Civil No. 12-cv-290-PB

Dennis Lee, et al.


O R D E R


On May 2, 2013, a preliminary pretrial conference was held in this case.  Plaintiff appeared on his own behalf; Attorney Brian J.S. Cullen appeared for defendants.  Because the court adopts a discovery order that the court discussed with the parties at the pretrial hearing, the court denies as moot defendant's Proposed Discovery Plan (document no. 49).

The discovery order is summarized in the chart below.

| Scheduling Designation | Deadline |
| --- | --- |
| Track Assignment | Standard – 12 months |
| Interrogatories | A maximum of 30 interrogatories by each party to any other party. |
| Requests for Admission | A maximum of 25 requests by each party to any other party |
| Depositions | A maximum of 10 depositions by plaintiff and 10 by defendants. |
| Disclosure of Claims Against Unnamed Parties | July 16, 2013 |
| Motions to Dismiss | July 31, 2013 |

| Joinder of Additional Parties | Plaintiff: August 15, 2013<br>Defendants: September 3, 2013 |
|---|---|
| Amendment of Pleadings | Plaintiff: August 15, 2013<br>Defendants: September 3, 2013 |
| Third-Party Actions | September 3, 2013 |
| Experts and Experts' Written Reports | Plaintiff: November 1, 2013<br>Defendants: January 2, 2014 |
| Motions for Summary Judgment | January 6, 2014 |
| Experts and Experts' Written Supplementations under Rule 26(e) | Plaintiff: February 3, 2014<br>Defendants: March 3, 2014 |
| Completion of Discovery | March 7, 2014 |
| Challenges to Expert Testimony | March 21, 2014 |
| Trial Date | Two-week period beginning May 6, 2014 |

The parties concurred with respect to each of the aforementioned dates.

_____
Landya B. McCafferty
United States Magistrate Judge

May 3, 2013

cc:  Fred Runyon, pro se
     Brian J.S. Cullen, Esq.