UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Fred Runyon

    v.                                                              Civil No. 12-cv-290-PB

Dennis Lee, et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 9, 2013. Runyon's pending motions (doc. nos. 36, 37, 40, 42, and 45) are denied.

    SO ORDERED.

                                                     /s/ Paul Barbadoro
                                                   Paul Barbadoro
                                                   United States District Judge

Date: May 2, 2013

cc:  Fred Runyon
     Brian Cullen, Esq.