UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW HAMPSHIRE
OFFICE OF THE CLERK

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 OCT -7 P 2: 18

FRED RUNYON-PLAINTIFF

V.

NO:1:12-cv-290-PB

City of Nashua,et,al-Defendant

Now Comes Pro-Se Plaintiff Fred Runyon, says the Named Officer's, Detective's, and The Chief of Police are as Followed: Officer Thomas Bolton, Officer Clark Gaphardt, Officer Peter Laroche, Officer Dennis Lee, Officer William Silva, Officer Michael Lang, Officer Christopher Ditullio, Master Patrolman Phillip Costa, Officer Charles MacGregor, Officer Eric Boutwell, Officer Sean Thomas, Officer Matthew Allen, Officer Ryan Rooney, Officer Ryan Jones, Officer Anthony Murray, Detective Mike Welch, Officer Nicole Brooks, Master Patrolman John Murphy, Patrolman Ross Desmet, Officer James Ciulla, Master Patrolman Andrew Hagan and the Chief Of Police John Seusing.

## "INTERROGATORIES"

(1) Fred Runyon : D.O.B.:09-27-1970

(2) "Gareau v. Woodford 275 F3d 769 (9th Cir. 2001)" Criminal Past History" As a Concern the State of New Hampshire. I have broken "No Law" outside of what I am Incarcerated for in The State of New Hampshire. This is My History for the State, Criminal Past. If the Attorney should "Badger" Me about ant thing else, it's My Right to take The 1st & 5th Amendment. With All of this being said, any thing out side of New Hampshire is "Irrelevent" to My Civil Case, that even goes for My Medical & Mental History as well.

(3) Arthritis and PTSD and ETC.

(4) Beaten by the Officer's

(5) They come to Three Different Location's and got Physical with Me for "No Reason" at All.

OCT 2 3 2013

(6) I was Diagnoised with Arthritis in My Back & Spine at The State Prison by the Praction Campbell, The Mental Abuse was at Valley Street Jail with the Doctor their.

(6)(b) Concord State Prison

(6)(c) March 25th, 2013

(6)(d) HAD MEDICATION FOR MY BACK "BUT" DOES NOT HELP !!

(6)(e) No idea of the Cost inthe Future, No idea of Cost Now !!

(6)(f) !!!

(7) NO !!

(8) NT SURE ABOUT THE FUTURE !!

(9) "<u>IRRELEVENT</u>" for All Past Crime That is "<u>IRRELEVENT</u>" to this Case Because it is Out of State of New Hampshire.

(10) November 17th, 2011, The Officer's made a "False Report" and Ex- Girlfriend Shelley "Never" made and the Officer Knew Her Family and Ex-Husband.

Jan. 23rd Thru 24th, 2012, Some one called the Police and they come to Motel 6 and their was "NO DISTURBISE" but again made their Own "ALLEGATION'S".

Feb. 24th Thru 27th, 2012, Some One called the Police They Came to Country Barn and Again made their Own "ALLEGATION'S"

(10)(b) ON THE FRONT PAGE !!

(10)(c) NASHUA POLICE DEPT. NEW HAMPSHIRE

(10)(d) They Beat Me and they Booked Me and **PAIN SUFFERING** as a Result !!

(10)(e) Nashua District Court, New Hampshire

(10)(f) Attorney Joseph Tessier, Nashua Public Defender Office, 44 Franklin Street, 2nd Floor, New Hampshire 03064

(10)(g) NO !!

(10)(h) "NO" THEY HAVE IT ¡¡

(11) NO ¡¡

(12) NO ¡¡

Respectfully Submitted,
*Fred Runyon*
FRED RUNYON   86769
N.H.S.P. P.O. BOX 14
CONCORD, N.H. 03302-0014

Harris v. US 422 F3d 322 (6th Cir 2005); Wilson v. Layne 526 US 603, 143 LEd2d 818, 119 Sct 1692 (1992); Bivens v. Six Unknown Agents 403 US 388, 29 LEd2d 619, 91 Sct 1999 (1970);

(1) Both "BIVENS & 1983" allows a Plaintiff to seek Money Damage's from "Official" who have "Violated" His Fourth Amendment Right's.

(2) Uder "BIVENS", Private Citizen's may "Recover Money Damage's" for any Injuries they Have Suffered as a Result of a Federal Agent's Violated of the Constitution. Salinas v. O'Neill 286 F3d 827 (5th Cir 2002); Thompson v. OPEIU 74 F3d 1492 (6th Cir 1996); "Emotional Distress" "Sleeplessness, Anxiety, Stress, Etc. Ratshevich v. foster 247 F3d 337 (2nd Cir 2001); Bigelow v. RKO Radio Picture's Inc. 337 US 251, 90 LEd 652, 66 Sct 574 (1964) "BIDELOW" Principle.
Smith v. The Berry Co. 198 F3d 150 (5th Cir 1999) "DAMAGE'S FOR MENTAL PAIN & SUFFERING".
Bailey v. Runyon 220 F3d 879 (8th Cir 2000) "Damage's for Emotional Distress"
O'Rourke v. City of Providence 235 F3d 713 (1st Cir 2001) "DAMAGE'S."

Respectfully Submitted,
*Fred Runyon*
FRED RUNYON   86769

"CERTIFICATE OF SERVICE"

I, DO HEREBY CERTIFY THAT ALL THE INFORMATION UPON THIS DOCUMENT IS TRUE, MAILED ON OCT. 3rd,213,TO THE UNITED STATES DISTRICT COURT OFFICE OF THE CLERK, SEND COPY TO ATTORNEY CULLEN.

(10)(h) "NO" THEY HAVE IT !!

(11) NO !!

(12) NO !!

Respectfully Submitted,

*Fred Runyon*

FRED RUNYON   86769
N.H.S.P. P.O. BOX 14
CONCORD, N.H. 03302-0014

<u>Harris v. US 422 F3d 322 (6th Cir 2005); Wilson v. Layne 526 US 603, 143 LEd2d 818, 119 Sct 1692 (1992); Bivens v. Six Unknown Agents 403 US 388, 29 LEd2d 619, 91 Sct 1999 (1970);</u>

(1) Both "BIVENS & 1983" allows a Plaintiff to seek Money Damage's from "Official" who have "Violated" His Fourth Amendment Right's.

(2) Uder "BIVENS", Private Citizen's may "Recover Money Damage's" for any Injuries they Have Suffered as a Result of a Federal Agent's Violated of the Constitution.

<u>Salinas v. O'Neill 286 F3d 827 (5th Cir 2002); Thompson v. OPEIU 74 F3d 1492 (6th Cir 1996);</u> "Emotional Distress" "Sleeplessness, Anxiety, Stress, Etc.

<u>Raishevich v. foster 247 F3d 337 (2nd Cir 2001); Bigelow v. RKO Radio Picture's Inc. 337 US 251, 90 LEd 652, 66 Sct 574 (1964)</u> "BIDELOW" Principle.

<u>Smith v. The Berry Co. 198 F3d 150 (5th Cir 1999)</u> "DAMAGE'S FOR MENTAL PAIN & SUFFERING".

<u>Bailey v. Runyon 220 F3d 879 (8th Cir 2000)</u> "Damage's for Emotional Distress"

<u>O'Rourke v. City of Providence 235 F3d 713 (1st Cir 2001)</u> "DAMAGE'S"

Respectfully Submitted,

*Fred Runyon*

FRED RUNYON   86769

"CERTIFICATE OF SERVICE"

I, DO HEREBY CERTIFY THAT ALL THE INFORMATION UPON THIS DOCUMENT IS TRUE, MAILED ON OCT. 3rd,213,TO THE UNITED STATES DISTRICT COURT OFFICE OF THE CLERK, SEND COPY TO ATTORNEY CULLEN.